## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**RONALD E. GILLETTE,**

        Petitioner,

v.

**UNITED STATES OF AMERICA,**

        Respondent.

_____

1:09-cv-0037

TO:    Ronald E. Gillette, *Pro Se*
         2604 W. Woodland Ridge Drive
         Lecanto, FL 34661

## ORDER

THIS MATTER is before the Court upon Petitioner Ronald E. Gillette's "Motion Requesting Copies of Documents" (ECF No. 13). This order is issued without necessity of response.

In the motion, Petitioner states as follows:

> Again, where is my copy of motion filed on 06/29/2009. This specific was never received by your office. See doc. sheet enclosed.

(ECF No. 13 at 1). The Court construes Petitioner's motion as referring to Petitioner's prior motion requesting various documents. The Court granted that motion on August 11, 2020 (ECF No. 11) and directed the Clerks' Office to mail Petitioner a hard copy of docket entry #1 in this case. Therefore, the motion is moot, because the Court has already acted on this specific request.

*Gillette v. United States of America*
1:09-cv-0037
Order
Page 2

WHEREFORE, it is hereby **ORDERED** that Petitioner Ronald E. Gillette's "Motion Requesting Copies of Documents" (ECF No. 13) is **DENIED AS MOOT**.

                        ENTER:

Dated: August 19, 2020             /s/ George W. Cannon, Jr.
                                                   GEORGE W. CANNON, JR.
                                                   MAGISTRATE JUDGE